IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN K. LYNCH,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>    Defendant. | **8:18CV277**<br><br>**ORDER** |

This matter is before the Court on the stipulation of the parties that the above-captioned action be dismissed, with prejudice, each party to pay their own costs, and complete record waived (Filing No. 126). The Court, being fully advised in the premises, finds that such an order should be entered. Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, each party to pay their own costs and complete record waived.

Dated this 15th day of July, 2020.

                   BY THE COURT:

                   s/ Joseph F. Bataillon
                   Senior United States District Judge